UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- x
SYMBOL TECHNOLOGIES, INC.              :

      Plaintiff,                    :

   - against -                           :
                                                03-CV-2034 (NGG)(CLP)
JEROME SWARTZ, HARVEY P. MALLEMENT,     :
RAYMOND R. MARTINO, GEORGE
BUGLIARELLO, CHARLES B. WANG, TOMO      :
RAZMILOVIC, LEO A. GUTHART, JAMES
SIMONS, SAUL P. STEINBERG, LOWELL       :   **RULE 41(a)(1) NOTICE OF**
FREIBERG,                                   **VOLUNTARY DISMISSAL**
                                               :   **WITHOUT PREJUDICE**
      Defendants.
                                               :
------------------------------------- x

WHEREAS, no Defendant has answered nor moved for summary judgment herein; and

WHEREAS, by Order dated September 9, 2004 (the "Order") this Court deemed Defendants' Motion to Dismiss withdrawn and granted Plaintiff thirty days to file either an amended complaint or to dismiss this action and pursue these claims in the already pending action in Delaware Chancery Court,

NOW THEREFORE, Plaintiff Symbol Technologies, Inc. hereby voluntarily dismisses without prejudice the Complaint herein pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Order.

Dated: October 5, 2004

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: _____
Eric J. Lobenfeld, Esq. (EL - 4560)
875 Third Avenue
New York, NY  10022
(212) 918-3000
*Attorneys for Plaintiff Symbol Technologies, Inc.*